# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| PIPERHILL LIMITED, an Isle of Man Company, | CASE NO. 8:18-cv-00149 AG-JEM |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| vs. | |
| AMBERHILL CUSTOM ESTATES, a California Limited Liability Company, | |
| Defendant. | |

1       Pursuant to the parties' Stipulation of Dismissal Pursuant to Rule 41(a)(1) of

2 the Federal Rules of Civil Procedure, this action shall be dismissed with prejudice as

3 to all claims, causes of action, and parties.  Each party is to bear its own attorney's

4 fees and costs.

5

6 IT IS SO ORDERED.

7

8 Date: January 9, 2019                                    

9                              Hon. Andrew J. Guilford
                             United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER OF DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE